# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SAIDAH D. YOUNG**                                                                        **PLAINTIFF**

**v.**                           **Case No. 3:19-cv-00021-LPR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                **DEFENDANT**

## JUDGMENT

Consistent with the Order filed on March 27, 2020, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 27th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE